# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )    Case No. 21-MJ-6774-MPK
a white 2005 GMC Yukon bearing MA registration )
3FBH19 )
)
)

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of Massachusetts, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 1951 | Affecting commerce by robbery |

The application is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days *(give exact ending date if more than 30 days: ____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ John Oliveira
*Applicant's signature*

John Oliveira, FBI Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____ *(specify reliable electronic means)*.



Date: 12/15/2021

Page Kelley
*Judge's signature*

City and state: Boston, Massachusetts      Hon. M. Page Kelley, Chief U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

A white 2005 GMC Yukon bearing MA registration 3FBH19, together with a grey duffle bag and a white trash bag recovered from the ground immediately adjacent to said vehicle.

**ATTACHMENT B**

Items constituting evidence, fruits, or instrumentalities of the robbery of the Harvard Market, 229 Highland Avenue, Malden, Massachusetts, at approximately 8:00 p.m. on December 12, 2021, including but not limited to the following:

1. A black handgun;
2. Ammunition;
3. A bucket hat;
4. A white baseball cap;
5. A black neck gaiter;
6. Blue jeans;
7. Black sneakers with white soles;
8. Cash;
9. A black ¾ zip pullover;
10. Black gloves;
11. A key for a 2005 GMC Yukon.